FILED BY _____ D.C.

APR 15 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

AO 243 (Rev. 01/15)

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District |
|---|---|
| Name (under which you were convicted): Ozie Lee Holmes Jr. | Docket or Case No.: 18-20700-CF |
| Place of Confinement: L.S.C.I. Butner | Prisoner No.: 17651-104 |
| UNITED STATES OF AMERICA v. | Movant (include name under which convicted): Ozie Lee Holmes Jr. |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   Wilkie D. Ferguson, Jr. United States Courthouse
   400 North Miami Ave. Miami, Fl. 33128

   (b) Criminal docket or case number (if you know): 18CR20700

2. (a) Date of the judgment of conviction (if you know): 12/20/2018
   (b) Date of sentencing: 04/12/2019

3. Length of sentence: 180 months

4. Nature of crime (all counts): Count 1: Conspiracy to possess with intent to distribute 280 grams or more of cocaine base. Count 17: Possession of a firearm and ammunition by a convicted felon.

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐   (2) Guilty ☒   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

   cat/div 510
   Case # 18CR20700
   Judge _____ Mag Reid
   Motn Ifp _____ Fee pd $ _____
   Receipt # _____

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?   Yes ☐   No ☒

9. If you did appeal, answer the following:
    (a) Name of court: _____ N/A _____
    (b) Docket or case number (if you know): _____
    (c) Result: _____
    (d) Date of result (if you know): _____
    (e) Citation to the case (if you know): _____ N/A _____
    (f) Grounds raised:




    (g) Did you file a petition for certiorari in the United States Supreme Court?  Yes ☐  No ☒
        If "Yes," answer the following:
        (1) Docket or case number (if you know): _____ N/A _____
        (2) Result: _____

        (3) Date of result (if you know): _____
        (4) Citation to the case (if you know): _____ N/A _____
        (5) Grounds raised:




10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐   No ☒

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____ N/A _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____ N/A _____
        (5) Grounds raised:

AO 243 (Rev. 01/15)                                                                                                                                  Page 4

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
    Yes ☐    No ☒
(7) Result: _____ N/A _____
(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:
    (1) Name of court: _____
    (2) Docket of case number (if you know): _____
    (3) Date of filing (if you know): _____ N/A _____
    (4) Nature of the proceeding: _____
    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐    No ☒
    (7) Result: _____ N/A _____
    (8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
    (1) First petition:    Yes ☐    No ☒
    (2) Second petition:   Yes ☐    No ☒

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:
                                 N/A

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

AO 243 (Rev. 01/15)                          Page 5

**GROUND ONE:** _Ineffective Assistance of Counsel, Failing to File Appeal_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Holmes contends that his Sixth Amendment Right was denied by the ineffective assistance of Counsel at sentencing for failing to file a Direct Appeal at Mr. Holmes' request.

(b) **Direct Appeal of Ground One:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐    No ☒
   (2) If you did not raise this issue in your direct appeal, explain why:

_N/A_

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐    No ☒
   (2) If you answer to Question (c)(1) is "Yes," state:
Type of motion or petition: _N/A_
Name and location of the court where the motion or petition was filed:

_N/A_

Docket or case number (if you know): _N/A_
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available):

   (3) Did you receive a hearing on your motion, petition, or application?
       Yes ☐    No ☒
   (4) Did you appeal from the denial of your motion, petition, or application?
       Yes ☐    No ☒
   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
       Yes ☐    No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

GROUND TWO: Ineffective Assistance of Counsel, Failing to object to Pre-Sentence Report of Armed Career Criminal Act (ACCA) Designation

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Mr. Holmes also contends that sentencing counsel and trial counsel provided ineffective assistance of counsel for failing to object to P.S.R. finding that Mr. Holmes' 2 prior felony convictions which the government identified did satisfy the Armed Career Criminal Acts' criteria, therefore violating his Sixth Amendment Right.

(b) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐  No ☒

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐  No ☒

AO 243 (Rev. 01/15)                                                                                                Page 7

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____ N/A _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available):

_____


(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐   No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____ N/A _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____ N/A _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:


**GROUND THREE:** INEFFECTIVE ASSISTANCE OF COUNSEL, Failing to object to PRE-SENTENCE REPORT OF "CAREER OFFENDER" DESIGNATION.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

MR. HOLMES CONTENDS THAT HE WAS DENIED HIS SIXTH AMENDMENT RIGHT TO EFFECTIVE ASSISTANCE WHEN COUNSEL FAILED TO OBJECT TO THE P.S.R. FINDING THAT MR. HOLMES' TWO PRIOR CONVICTIONS QUALIFIED HIM AS A CAREER OFFENDER.

_____N/A_____

(b) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ☐    No ☒

    (2) If you did not raise this issue in your direct appeal, explain why:

_____N/A_____

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ☐    No ☒

    (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____N/A_____

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):
Date of the court's decision: _____N/A_____
Result (attach a copy of the court's opinion or order, if available):


    (3) Did you receive a hearing on your motion, petition, or application?
        Yes ☐    No ☒

    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes ☐    No ☒

    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
        Yes ☐    No ☒

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____N/A_____

Docket or case number (if you know):
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

---

**GROUND FOUR:** *Ineffective Assistance of Counsel, Failing to File for Dismissal of Count 17*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Mr. Holmes further contends that he was denied his Sixth Amendment Right to Effective Assistance of Counsel for failing to file for Dismissal of Count 17, that movant did not knowingly possess or have access to a firearm.

(b) **Direct Appeal of Ground Four:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐    No ☒
   (2) If you did not raise this issue in your direct appeal, explain why: N/A

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐    No ☒

   (2) If you answer to Question (c)(1) is "Yes," state:
   Type of motion or petition: N/A
   Name and location of the court where the motion or petition was filed:

   Docket or case number (if you know):
   Date of the court's decision: N/A
   Result (attach a copy of the court's opinion or order, if available):

AO 243 (Rev. 01/15)                                                                                                                    Page 10

    (3)  Did you receive a hearing on your motion, petition, or application?
          Yes ☐    No ☒

    (4)  Did you appeal from the denial of your motion, petition, or application?
          Yes ☐    No ☒

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
          Yes ☐    No ☒

    (6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____N/A_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____N/A_____

    (7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____N/A_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

_____N/A_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?    Yes ☐    No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

_____N/A_____

GROUND **Five**: Ineffective Assistance of Counsel, Failing to Call Witnesses.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Mr. Holmes contends that he was denied his Sixth Amendment right to effective assistance of trial counsel, and sentencing counsel, for failing to call witness to testify that movant never had knowledge of, or access to firearms.

(b) Direct Appeal of Ground **Five**:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ___ No **X**

(2) If you did not raise this issue in your direct appeal, explain why:

N/A

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ___ No **X**

(2) If your answer to Question (c)(1) is "Yes," state:

N/A

Page 12

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): N/A

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ___ No  X

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ___ No  X

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ___ No ___    N/A

(6) If your answer to Question (c)(4) is "Yes," state:

N/A

Page 13

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know):

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal of raise this issue:

N/A

GROUND __Six__: Ineffective Assistance of Counsel, Failing to inform movant of stipulations of plea.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Mr. Holmes contends that his sixth Amendment Right was violated by Trial Counsel for failing to inform movant that the second plea did not have the same stipulations as the first plea agreement of 10 years.

(b) Direct Appeal of Ground __Six__:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ___ No _X_

(2) If you did not raise this issue in your direct appeal, explain why:

N/A

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ___ No _X_

(2) If your answer to Question (c)(1) is "Yes," state:

N/A

Page 15

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ___ No ✗

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ___ No ✗

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ___ No ___    N/A

(6) If your answer to Question (c)(4) is "Yes," state:

N/A

Page 16

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know):

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal of raise this issue:

N/A

AO 243 (Rev. 01/15)     Page 17

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

   (a) At the preliminary hearing: IAN MCDONALD (PUBLIC DEFENDER) 150 W. Flagler St. Miami, FL 33130

   (b) At the arraignment and plea: RODERICK VEREEN P.O. Box 68-0697 Miami, FL 33168

   (c) At the trial: N/A

   (d) At sentencing: DIEGO WEINER 9130 S. Dadeland Blvd. Miami, FL 33156

   (e) On appeal: N/A

   (f) In any post-conviction proceeding: N/A

   (g) On appeal from any ruling against you in a post-conviction proceeding: N/A

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time? Yes [X] No [ ]

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes [ ] No [X]

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future: N/A

   (b) Give the date the other sentence was imposed: N/A

   (c) Give the length of the other sentence: N/A

   (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes [ ] No [X]

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

  (1) the date on which the judgment of conviction became final;
  (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
  (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 01/15)                                                          Page 19

Therefore, movant asks that the Court grant the following relief: *Conduct Evidentiary Hearing,*

*Vacate, Set Aside, or Correct Sentence*

or any other relief to which movant may be entitled.

                                               N/A
                              Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on *April 9, 2020*
                                                                             (month, date, year)

Executed (signed) on *April 8, 2020* (date)

                                               [signature]
                                               Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

